UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL SEGURA HERNANDEZ (A#200-553-317),<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-04172-DC-SCR<br><br>ORDER AND<br>FINDINGS & RECOMMENDATIONS |

Petitioner is a federal immigration detainee proceeding with a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. This action was referred to the undersigned by operation of Local Rule 302 and 28 U.S.C. § 636(b)(1).

Petitioner was removed from the United States on or about June 2, 2026. ECF No. 7. Petitioner's removal moots his pending challenge to his immigration detention. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that since petitioner's "habeas claims challenged only the length of his detention, as distinguished from the lawfulness of the deportation order… [h]is petition was… moot by his removal."). As a result, the undersigned recommends granting respondent's motion to dismiss the § 2241 petition.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motions to proceed in forma pauperis and for the appointment of counsel (ECF Nos. 2, 3) are denied as moot in light of the

recommendation contained herein.

IT IS FURTHER RECOMMENDED that:

1. Respondent's motion to dismiss (ECF No. 7) be granted.

2. Petitioner's application for a writ of habeas corpus be dismissed as moot based on petitioner's removal from the United States on or about June 2, 2026.

3. The Clerk of Court be directed to enter judgment for respondent and to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 15, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE